No. 901.  HUGHES v. TENNESSEE.  April 1, 1946.  Petition for writ of certiorari to the Supreme Court of Tennessee denied.  *Robert M. Donihi* for petitioner.  *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* for respondent.

No. 903.  ZITTING ET AL. v. YOUNG, SHERIFF.  April 1, 1946.  Petition for writ of certiorari to the Supreme Court of Utah denied.

No. 905.  JOHNSON v. RAGEN, WARDEN.  April 1, 1946.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 906.  KRELL v. RAGEN, WARDEN.  April 1, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 923.  HAINES v. NIERSTHEIMER, WARDEN.  April 1, 1946.  Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 924.  ANDERSON v. RAGEN, WARDEN.  April 1, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 937.  WHITE v. RAGEN, WARDEN.  April 1, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 938.  WHEELER v. ILLINOIS.  April 1, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.